UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MOORE ELECTRICAL CONTRACTING, INC., a California corporation; ROSCOE HAYDEN MOORE, JR., an individual; RUSTY BRADFORD MOORE, an individual, DOE 1 through DOE 5, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-05982 GAF (VBKx)<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

Judgment Debtors, MOORE ELECTRICAL CONTRACTING, INC., a California corporation ("EMPLOYER"), and ROSCOE HAYDEN MOORE, JR., an individual ("ROSCOE MOORE"), jointly and severally, having had Judgment entered against EMPLOYER and ROSCOE MOORE on June 14, 2012.

NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a

fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and CONSTRUCTION INDUSTRY ADVISORY GROUP FUND, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that EMPLOYER and ROSCOE MOORE have failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

Abstracts of Judgment were recorded as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| August 27, 2012 | Riverside | 2012-0407757 |
| September 11, 2012 | San Luis Obispo | 2012051229 |
| October 23, 2012 | Orange | 2012000645526 |
| December 21, 2015 | San Luis Obispo | 2015063958 |
| January 12, 2016 | Riverside | 2016-0011146 |
| February 5, 2016 | Orange | 2016000050371 |

The money Judgment against EMPLOYER is renewed in the amount of $165,005.17 as follows:

a. Total Judgment……………………………………… $ 163,263.29
b. Costs after Judgment……………………………….. $ 0.00
c. Less Credits after Judgment………………….…… $ 0.00
d. Interest after Judgment computed from June 14, 2012 to May 7, 2018 at 0.18% accruing at $0.81 per day……………………….... $ 1,741.88
e. Total Renewed Judgment………………….…….... $ 165,005.17

The money Judgment against EMPLOYER and ROSCOE MOORE, jointly and severally, is renewed in the amount of $29,007.52 as follows:

<u>Renewal of Money Judgment:</u>

| | | | | |
|---|---|---|---|---:|
| f. | Total Judgment………………………………… | $ | 28,701.30 |
| g. | Costs after Judgment……………………………. | $ | 0.00 |
| h. | Less Credits after Judgment…………………..…… | $ | 0.00 |
| i. | Interest after Judgment computed from June 12, 2012 to May 7, 2018 at 0.18% accruing at $0.14 per day……………………..…..... | $ | 306.22 |
| j. | Total Renewed Judgment……………….……..... | $ | 29,007.52 |

CLERK OF THE COURT

DATED: May 9, 2018

s/ J. Remigio
Deputy Clerk, U.S. District Court
Central District of California

#334772.1

3